**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**          11- 9480

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 1579728 (B) |
| | 1579729 (A) |
| v. | |
| SQUIRES, RUSSELL T. | **C O M P L A I N T** |
| | Offense on a Federal Reservation |

BEFORE the **Honorable Anthony R. Mautone**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdeameanor offenses against the laws of the United States on a Federal reservation under the provisions of 32 CFR 634.25 (f), personally appeared this day **Christopher A. Huling**, Special Assistant U.S. Attorney, 87th ABW/JA, Joint Base/McGuire-Dix-Lakehurst, New Jersey, who, under oath charges that:

On or about the **9TH day of September 2011**, at Joint Base/McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**RUSSELL T. SQUIRES** did commit,

Trespassing on Government Property in violation of Title 18, USC 13 and

Theft of Government Property in violation of Title 18, USC 13

The name of the Complainant is **Christopher A. Huling**

_____
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, AT FORT DIX, NEW JERSEY, ON THIS 29th day of December 2011.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE